UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FIRST CALL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> S&B GLOBAL AMERICA, INC., S&B GLOBAL, INC., SUNG JAE HWANG, BO YOON CHOI, AND SAGE AEROSPACE, INC., <br><br> Defendants. | Case No. CV 23-10016-GW-PVCx <br><br> Assigned to The Hon. George H. Wu <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> *(Filed concurrently with stipulation)* |

152244555.1

| | |
|---|---|
| 1 | Pursuant to the Stipulation by the parties, the Court hereby dismisses the |
| 2 | Complaint of Plaintiff First Call International, Inc., including all claims for relief |
| 3 | therein, against all Defendants, with prejudice. |
| 4 | All parties shall bear their own attorneys' fees and costs. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | Dated: February 18, 2025 |

_____
HON. GEORGE H. WU,
United States District Judge

152244555.1